# IN THE SUPREME COURT OF THE STATE OF NEVADA

ISAAC ZIMMERMAN,
          Appellant,
        vs.
CROSSROADS COMMONS, LTD., LLC;
CROSSROADS COMMONS
MANAGEMENT, L.L.C.; PECCOLE-
NEVADA CORPORATION; PECCOLE
NEVADA CORPORATION; SPORTS
CHALET; AND SPORTS CHALET,
L.L.C.; SPORT CHALET, LLC; AND
SPORT CHALET,
          Respondents.

No. 79187

FILED

AUG 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion for attorney fees and costs. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. Although a post-judgment order awarding fees and costs is appealable as a special order after final judgment, *see* NRAP 3A(b)(8), it appears that the district court has not entered a final written judgment in this matter. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). Specifically, as appellant acknowledges in his docketing statement, it appears that appellant's claims against the following parties remain pending in the district court: Sports Chalet, Sport Chalet LLC, and Sports Chalet, L.L.C.

19-35353

It also appears that the claims against Crossroads Commons Management, LLC, may remain unresolved. In the absence of a final judgment there can be no special order after final judgment. Accordingly, it appears that this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Richard Scotti, District Judge
Isaac Zimmerman
Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
Eighth District Court Clerk